KATHLEEN M. DeLANEY (State Bar No. 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:    (510) 740-1501
Email:         kdelaney@fgppr.com

Attorneys for Plaintiff PERFECT ENDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT ENDINGS, LLC., a California Limited Liability Company, as Successor in Interest for Perfect Endings Corp., <br><br>         Plaintiffs, <br><br>   vs. <br><br> MIWE AMERICA LLC., a New Jersey company; MIWE AMERICA HOLDING CORP., a Delaware corporation; MIWE U.S.A., Inc., a Delaware corporation. <br><br>         Defendant.  / | Case No.  3:15-CV-00339-JCS <br><br> **REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:15-CV-00339-JCS                                                                                                              -1-

Plaintiff PERFECT ENDINGS, LLC. ("Plaintiff" or "Perfect Endings"), by and through its counsel of record, requests that the Court continue the May 1, 2015 Initial Case Management Conference in this matter.

Perfect Endings served the summons and complaint on all defendants on April 8, 2015, but none of the defendants has appeared yet in this matter. Perfect Endings has been contacted by defendants and the parties are attempting to negotiate a settlement of this matter. Therefore, Perfect Endings requests that the Court continue the Initial Case Management Conference in this matter 60 days to allow the parties to attempt to settle this litigation, and, if the matter does not settle, to allow the defendants time to file a responsive pleading.

DATED:  April 24, 2015

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: _____/s/ Kathleen M. DeLaney_____
       Kathleen M. DeLaney

Attorneys for Plaintiff PERFECT ENDINGS, LLC., a California Limited Liability Company, as Successor in Interest for Perfect Endings Corp.

1  **[~~PROPOSED~~] ORDER**

2  1. The date for the Initial Case Management Conference in this matter is continued from

3  May 1, 2015 to June 26, 2015 at 2:00 p.m. in Courtroom G, 15th Floor.

4  **IT IS SO ORDERED.**

6  DATED: __4/27_____, 2015



8  By: : _____
   HON. JOSEPH C. SPERO
9  U.S. DISTRICT JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:15-CV-00339-JCS                                               -3-