

FG FORAN GLENNON

Chicago
Newport Beach
San Francisco
New York

August 6, 2015

Hon Joseph C. Spero
USDC, Northern District of California
Phillip Burton Federal Building
 & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:**    ***Perfect Endings, LLC v. Miwe America LLC, et al.***
           USDC-Northern District – Case No. 3:15-CV-00339

Dear Judge Spero:

This will follow up on my call earlier today to your courtroom deputy, Ms. Karen Hom. As I informed Ms. Hom, I am having some health issues today that prevent me from traveling to attend in person the initial CMC in the above-referenced matter, which is set for 2:00 p.m. in your courtroom.

By this letter, I am requesting that you permit me to appear by telephone. I have notified opposing counsel, Pamela Ferguson, who was gracious and does not object to my appearing by phone.

I can be reached at 510-435-1161 for the CMC.

Thank you for your attention to this matter.

IT IS HEREBY ORDERED THAT
Ms. DeLaney shall be on phone
standby and await the Court's call.
Dated: 8/7/15

Very truly yours,

*Kathleen DeLaney*

Kathleen M. DeLaney

KMD/pcm



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

Kathleen M. DeLaney, Attorney at Law    kdelaney@fgppr.com
2000 Powell Street, Suite 900, Emeryville, California 94608    tel 510.740.1500    www.fgppr.com